LODGED
CLERK, U.S. DISTRICT COURT

OCT - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARCO ANTONIO SALAZAR,          )     Case No. CV 07-5271-GPS (JTL)
              Petitioner,       )
                                )     **J U D G M E N T**
        v.                      )
                                )
JAMES E. TILTON, ET AL.,        )
              Respondents.      )

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED:    1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE